UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA
IN ADMIRALTY

DAMES POINT WORKBOATS, LLC.,

        CASE NO.:

    Plaintiff,

v.

TAD RECOVERY SERVICES, LLC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, Dames Point Workboats, LLC., sues Defendant, TAD Recovery Services, LLC., and states as follows:

1. This is an action within the admiralty and maritime jurisdiction of this Court and this Court has subject matter jurisdiction pursuant to 28 U.S.C. section 1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all times material hereto, Plaintiff was and still is a Florida Corporation with its principal place of business in Jacksonville, Florida.

3. At all times material hereto, Defendant was and still is a foreign corporation that is registered with the State of Florida, Division of Corporations. At all times material hereto, TAD Recovery was engaged in the cleanup operations in Southwest Florida left as a result of Hurricane Ian.

4. On or about October 10, 2022, Defendant entered into a contract with the Plaintiff, attached hereto as **Exhibit 1**. The contract provided that Plaintiff would provide Defendant with a tug, a barge and a crew to man the vessels. The mobilization charge was $30,000 which was paid by the Defendant. The daily rate for the tug, barge and crew was $3,000 a day. Defendant did pay a portion of the contracted amount but did not pay the last three (3) invoices that total $77,187. Defendant did not pay Plaintiff's invoice 1544 in the amount of $21,000. Defendant did not pay Plaintiff's invoice 1548 in the amount of $21,000. Defendant did not pay Plaintiff's invoice 1551 in the amount of $35,187. All three (3) invoices are attached hereto as composite **Exhibit 2.** All three (3) of these invoices where to be paid by the Defendant to the Plaintiff in Duval County, Florida, therefore the contracts were breached in Duval County and venue is proper in Duval County.

## COUNT I
## BREACH OF WRITTEN CONTRACT

Plaintiff re-alleges and incorporates herein paragraphs numbered 1 through 4 above and further alleges:

5. Plaintiff and Defendant entered into a written contract that was signed by Defendant attached hereto as **Exhibit 1**.

6. Defendant breached the written contract attached as **Exhibit 1**, by not paying the three (3) invoices attached as **Exhibit 2** that total $77,187.

7. As a direct result of the Defendant's breach of this written contract with the Plaintiff, Plaintiff has sustained damages in the amount of $77,187 plus prejudgment interest and taxable cost.

WHEREFORE, Plaintiff, demands damages against the Defendant, plus interest and costs.

## COUNT II
## BREACH OF ORAL CONTRACT

Plaintiff re-alleges and incorporates herein paragraphs numbered 1 through 4 above and further alleges:

8. Plaintiff pleads in the alternative that Plaintiff and Defendant entered into an oral contract on the same terms that are set out in attached **Exhibit 1**.

9. Defendant breached the oral by not paying the three (3) invoices attached as **Exhibit 2,** that total $77,187.

10. As a direct result of the Defendant's breach of its oral contract with the Plaintiff, Plaintiff has sustained damages in the amount of $77,187 plus prejudgment interest and taxable cost.

WHEREFORE, Plaintiff, demands damages against the Defendant, plus interest and costs.

## COUNT III
## ACCOUNT STATED

Plaintiff re-alleges and incorporates herein paragraphs numbered 1 through 4 above and further alleges:

11. Plaintiff sent the three (3) invoices attached as **Exhibit 2** to the Plaintiff for work done by Plaintiff for Defendant. All three (3) of these invoices were due once the Defendant received them.

12. Defendant never objected to the $77,187 that is currently due by the Defendant to the Plaintiff. The only response from Defendant to Plaintiff is that Defendant is trying to raise the money to pay Plaintiff.

13. As a direct result of the Defendant's nonpayment of the three (3) invoices attached as **Exhibit 2**, Defendant has breached the account stated, and Plaintiff has sustained damages in the amount of $77,187 plus prejudgment interest and taxable cost.

WHEREFORE, Plaintiff, demands damages against the Defendant, plus interest and costs.

## COUNT IV
## UNJUST ENRICHMENT

Plaintiff re-alleges and incorporates herein paragraphs numbered 1 through 4 above and further alleges:

14. Plaintiff pleads in the alternative that Defendant has been unjustly enriched in the amount of $77,187 by accepting the services performed by Plaintiff and not paying for these services. Defendant acknowledged, accepted and

benefited from the services provided by Plaintiff. It would be inequitable for the Defendant to enjoy the benefit of the services provided by the Plaintiff without compensating the Plaintiff in the amount of the benefit of $77,187.

15. As a direct result of the Defendant's unjust enrichment for accepting Plaintiff's services without paying for these services, Plaintiff has sustained damages in the amount of $77,187 plus prejudgment interest and taxable cost.

WHEREFORE, Plaintiff, demands damages against the Defendant, plus interest and costs.

Dated: June 19, 2023

>BOYD LAW, P.A.
>Attorneys for Plaintiff
>6817 Southpoint Parkway, Suite 1801
>Jacksonville, FL 32216
>904-470-0110 (phone)
>904-470-0116 (fax)
>tim@boydmaritimelaw.com
>S/Thomas A. Boyd, Jr.
>
>_____
>
>Thomas A. Boyd, Jr.
>Florida Bar No. 0762725
>Attorney for Plaintiff