**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DAMES POINT WORKBOATS, LLC.,

    Plaintiff,

v.                                                    Case No.: 3:23-cv-714-WWB-MCR

TAD RECOVERY SERVICES, LLC,

    Defendant.

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on January 8, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record